Name: Darryl Carter
Address: P.O. Box 3065 Suisun City, CA 94585-6065
Phone Number: (707) 471-8284
Email: cartedc@msn.com



FILED

MAR 2 6 2014



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

Darryl Carter )
)
)
)
Plaintiff )
)
) CIVIL ACTION NO:
)
v. ) 2:14 - CV - 7 7 0   TLN EFB PS
)
)
K.B.R., Inc., )
)
Rash Curtis and Associates ) **COMPLAINT FOR LEGAL RELIEF PER**
)
)
) **15 U.S.C. § 1692e,**
Defendants ) **15 U.S.C. § 1692f,**
) **INTENTIONAL INFLICTION OF**
) **EMOTIONAL DISTRESS**
)
)
)
)
)
_____ ) **JURY TRIAL DEMANDED**

**Complaint For Legal Relief**                                    Page 1 of 13

1  **Table of Contents**

2  COMPLAINT FOR LEGAL RELIEF PER  15 U.S.C. § 1692e,  15 U.S.C. § 1692f,
3  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS .................................................... 1

4     JURISDICTION AND VENUE ........................................................................................ 3

5     PARTIES ........................................................................................................................ 3

6     CAUSES OF ACTION ................................................................................................... 7

7        COUNT I ..................................................................................................... 7

8        False or Misleading Representations  (FDCPA 15 U.S.C. § 1692e) ........................ 7

9        COUNT II Unfair Practices .................................................................................. 8

10       (FDCPA 15 U.S.C. § 1692e) .............................................................................. 8

11       COUNT III .......................................................................................................... 10

12       Intentional Infliction of Emotional Distress ....................................................... 10

13

14

1                                        1.

2          This action is brought forth for legal relief against the actors and others acting in

3   connection with K.B.R., Inc., ("KBR") doing business as ("DBA"), "Rash Curtis and

4   Associates," all of which in violation of the Plaintiff's rights per federal, and California

5   law.

6                        **JURISDICTION AND VENUE**

7                                        2.

8          The matters complained of, herein, stem from violations of federal law per 15

9   U.S.C. § 1692. Defendants K.B.R, Inc. doing business as ("DBA"), "Rash Curtis and

10  Associates" is a corporation registered in the state of California. Defendant can be found

11  at the address: 190 S Orchard Ave STE A205, Vacaville, CA 95688-3647. The

12  Defendant's address is located in the county of Solano, California within the jurisdiction

13  of this Court. Additionally, jurisdiction and venue are appropriate as per 28 U.S.C. §

14  1367.

15                                **PARTIES**

16                                       3.

17         The Plaintiff is a United States citizen and a resident of the state of California,

18  Solano County.

19                                       4.

20         Defendant K.B.R., Inc. is a California corporation doing business under one or

21  more fictitious names including "Rash Curtis and Associates."

**Complaint For Legal Relief**                                    Page **3** of **13**

5.

Rash Curtis and Associates is known to be a consumer debt collection agency whose principal business is the collection of consumer related debts. As such, Rash Curtis and Associates is required to adhere to governing law including the Fair Debt Collection Practices Act ("FDCPA"), Fair Credit Reporting Act ("FCRA") and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA") of California.

## STATEMENT OF FACTS

6.

Plaintiff is a consumer for the purposes of the FDCPA and FCRA.

7.

Defendant Rash Curtis and Associates is a consumer debt collection agency as defined in the FDCPA. Additionally Rash Curtis and Associates is an information furnisher as defined in the FCRA.

8.

On November 20, 2013 Plaintiff filed a petition for bankruptcy in the U.S. District Court of California Eastern Division.

9.

Among other debts, creditor John Muir Health was included per an account listed with Equifax credit bureau.

10.

**Complaint For Legal Relief**                                            Page **4** of **13**

1    On or around February 28, 2014, Rash Curtis and Associates with actual or

2    constructive knowledge of debt(s) included in bankruptcy reported and continues to

3    report uncollectable alleged debts as actual and collectable to one or more consumer

4    credit bureaus.

5                                            11.

6    On February 28, 2014 Plaintiff retrieved a copy of his Experian credit report

7    which showed a collection account purportedly opened with Rash Curtis and Associates

8    on 11/2013. The purported original balance reported on said account is $88.

9                                            12.

10   The purported account alleging $88 owed has additional interest, fees or charges

11   assessed rendering a purported recent balance of $113.

12                                           13.

13   On February 28, 2014 Plaintiff retrieved a copy of his Experian credit report

14   which showed a, second, collection account purportedly opened with Rash Curtis and

15   Associates on 11/2013. The purported balance reported on said account is $160.

16                                           14.

17   The purported account alleging $160 owed has additional interest, fees or charges

18   assessed rendering a purported recent balance of $202.

19                                           15.

20   On February 28, 2014 Plaintiff disputed both accounts as inaccurately reported as

21   such alleged debts were included in the 11/20/13 bankruptcy petition.

22                                           16.

**Complaint For Legal Relief**                                    Page **5** of **13**

1    On March 5, 2014 Experian credit bureau sent notice to Plaintiff of the completion

2    of the Rash Curtis and Associates disputed items initiated per the February 28, 2014

3    dispute.

4    17.

5    The March 5, 2014 Experian disputed items showed the two (2) Rash Curtis and

6    Associates accounts as "Updated," although there was no material change in the

7    inaccurately reported information.

8    18.

9    The March 5, 2014 updated Experian report as per the Rash Curtis and Associates

10   disputed accounts did not list the accounts as "Disputed by Consumer."

11   19.

12   Plaintiff contacted Rash Curtis and Associates on March 5, 2014 and advised

13   Defendants of the inaccurate reporting of the two (2) accounts listed with Experian.

14   20.

15   Plaintiff contacted Rash Curtis and Associates on March 5, 2014 and informed

16   them, again, of the bankruptcy petition with respect to the two (2) accounts and

17   demanded correction of the inaccurately reported accounts as collectable and due

18   Defendants.

19   21.

20   On March 24, 2014 plaintiff obtained a copy of his Experian credit report which

21   still showed the two (2) Rash Curtis accounts as originally inaccurately and falsely

22   reported on February 28, 2014 and again on March 5, 2014.

**Complaint For Legal Relief**                                    Page **6** of **13**

1                                              22.

2          Plaintiff has not received any correspondence from Defendants with respect to the

3    correspondence Plaintiff sent to Defendants on March 5, 2014.

4                                    **CAUSES OF ACTION**

5                                              23.

6                                          **COUNT I**

7                        **False or Misleading Representations**

8                             **(FDCPA 15 U.S.C. § 1692e)**

9          Plaintiff incorporates the above "Statement of Facts" by reference as though fully set

10   forth herein. Defendant K.B.R, Inc. DBA Rash Curtis and Associates is principally in the

11   business of debt collection as a consumer debt collection agency. Defendant K.B.R., Inc. at all

12   times possessed a duty of care to Plaintiff during the course of Defendant's debt collection

13   activities. Notwithstanding Defendant K.B.R., Inc.'s duty of care, Defendant breached its duty

14   and reported to one or more credit bureaus including Experian of two (2) alleged debts with two

15   (2) different account numbers and balances related to alleged debts Defendants knew or should

16   have known were discharged or uncollectable. Moreover, Defendant K.B.R., made false

17   representations of the character, legal status, and amount of the alleged debts.

18                                             24.

19         Defendant K.B.R., Inc. had actual and/or constructive knowledge that the two (2) alleged

20   debts as reported to one or more credit bureaus were included in bankruptcy and therefore

21   discharged and/or uncollectable. Additionally, Defendant K.B.R. knew or was aware of the

1   automatic stay provisions of the bankruptcy case yet, nonetheless, continued to attempt

2   collection of discharged and/or uncollectable alleged debts.

3                       25.

4          Notwithstanding the fact Defendant K.B.R., was made aware of their errors, Defendants

5   knowingly and willfully continued to pursue collection activities related to discharged and/or

6   uncollectable alleged debts. Additionally, Defendants verified the alleged debts as accurate to

7   one or more credit bureaus and did not update the allege debt as disputed by the consumer. In

8   doing so, Defendant K.B.R., has caused undue and serious damage to Plaintiff's credit score and

9   circumvented the relief provisioned by bankruptcy law. Moreover, Defendant K.B.R. took these

10  actions with full knowledge of Plaintiff's vulnerable financial situation such as to coerce and

11  oppress Plaintiff into paying the alleged debts for which he has no legal obligation to pay.

12  Defendant K.B.R., Inc.'s actions are the direct and proximate cause of the Plaintiff's injuries.

13  Moreover, Defendant K.B.R., Inc. is strictly liable for statutory damages pursuant 15 U.S.C.

14  1692(k).

15                      26.

16                    **COUNT II**

17                    **<u>Unfair Practices</u>**

18               **(FDCPA 15 U.S.C. § 1692e)**

19         Plaintiff incorporates the above "Statement of Facts" by reference as though fully set

20  forth herein. Defendant K.B.R, Inc. DBA Rash Curtis and Associates is principally in the

21  business of debt collection as a consumer debt collection agency. Defendant K.B.R., Inc. at all

22  times possessed a duty of care to Plaintiff during the course of Defendant's debt collection

23  activities. Despite Defendant K.B.R., Inc.'s duty of care, Defendant knowingly breached such

**Complaint For Legal Relief**                              Page **8** of **13**

1    duty by inaccurately reporting to one or more credit bureaus two (2) alleged debts which

2    Defendant knew or should have known were discharged and/or uncollectable.

3                                                27.

4            Defendant K.B.R., knowingly furnished inaccurate information to one or more credit

5    bureaus with the intent to coerce and oppress Plaintiff regarding alleged debts to which

6    Defendant K.B.R., Inc. had actual and/or constructive knowledge were discharged and/or

7    uncollectable. Moreover, Defendant verified the alleged debts as current collection accounts, to

8    one or credit bureaus, and did not update the accounts as disputed by consumer. Additionally,

9    Defendant K.B.R., made false representations of the character, legal status, and amount of

10   alleged debts. In doing so, Defendant used unfair and unconscionable means to collect on alleged

11   debts Defendant knew or should have known were discharged and/or uncollectable.

12                                               28.

13           Notwithstanding the fact Defendants were made aware of their unfair practices, with

14   respect to persistent attempts to collect on discharged and/or uncollectable alleged debts,

15   Defendants acquiesced and took no corrective action knowing full well of Plaintiff's financial

16   standing.

17                                               29.

18           Defendant's unfair business practices are the direct and proximate cause of Plaintiff's

19   injuries including significant harm to his credit score, standing, borrowing capacity,

20   home/apartment rental capacity, and emotional pain/suffering. Additionally, Defendant K.B.R.,

21   Inc. is strictly liable for statutory damages pursuant 15 U.S.C. 1692(k).

22                                               30.

**Complaint For Legal Relief**                                    Page **9** of **13**

## COUNT III

## <u>Intentional Infliction of Emotional Distress</u>

Plaintiff incorporates the above "Statement of Facts" by reference as though fully set forth herein. Defendant K.B.R, Inc. DBA Rash Curtis and Associates is principally in the business of debt collection as a consumer debt collection agency. Defendant K.B.R., Inc. at all times possessed a duty of care to Plaintiff during the course of Defendant's debt collection activities. Despite Defendant K.B.R., Inc.'s duty of care, Defendant breached such duty and executed collection activity on two (2) alleged consumer debts which Defendant knew or should have known were discharged and/or uncollectable. In doing so, Defendant invalidated the remedies provided per bankruptcy law and in effect performed an override of bankruptcy law.

31.

Notwithstanding the fact Defendant K.B.R., Inc. was made aware that their information was disputed as inaccurate and included in bankruptcy, per the actual and/or constructive knowledge of the bankruptcy, Defendant knowingly and intentionally falsely verified the information as accurate to Experian. Moreover, despite the fact the information was disputed by Plaintiff, Defendant did not properly update the account as disputed by consumer. Furthermore, Defendant K.B.R., made false representations of the character, legal status, and amount of the alleged debts. Defendant's extreme and outrageous actions were/are intended to coerce, intimidate, and oppress Plaintiff through circumventing the law by collecting on alleged consumer debts which Defendant knew or should have known were discharged and/or uncollectable. Moreover, Plaintiff informed Defendant of their errors via letter on March 5th, 2014 yet Defendants acquiesced and took no corrective action.

32.

1    Defendant, knowing full well of Plaintiff's vulnerability given his financial situation,

2    intentionally and falsely verified the information as accurate and continued to do so even after

3    receiving correspondence from Plaintiff to the contrary. Defendant K.B.R., Inc. did so with

4    reckless disregard for the truth but instead as a way to coerce, oppress, and inflict severe

5    emotional distress upon Plaintiff using unconscionable tactics to collect on alleged debts which

6    Defendant knew or should have known were discharged and/or uncollectable. Moreover,

7    Defendant being a practitioner of consumer debt collection knew or should have known that the

8    credit report clearly showed a bankruptcy public record.

9                                      33.

10    Defendant being a practitioner of consumer debt collection knew or should have known

11    of the severe and outrageous emotional strain inflicted by their continued efforts to collect on

12    alleged debts discharged and/or otherwise uncollectable through flagging each account as a

13    current "Collection Account." Additionally, Defendant knew or should have known that Plaintiff

14    would suffer severe impact on his credit score, employability, housing/apartment credit capacity

15    and overall financial well-being with respect to their inaccurate reporting and collection activity

16    on alleged consumer debts they knew or should have known were discharged and/or

17    uncollectable. Defendant's actions and inactions are the direct and proximate cause of Plaintiff's

18    severe emotional distress.

19

20

21

22

23

**Complaint For Legal Relief**                                    Page **11** of **13**

1    WHEREFORE, the Plaintiff prays for the following:

2

3    1) Damages awarded for $1,000 per 15 U.S.C. 1692k (a) (2) (A) for each count of

4         Defendant's noncompliance of the FDCPA.

5    2) Order for Exemplary Damages, pursuant CA Civ. Sec. 3294, the greater of

6         $50,000 or that which a jury awards for the emotional distress inflicted by

7         Defendant.

8    3) Order for Compensatory Damages pursuant CA Civ. Sec. 3333, the greater of

9         $25,000 or as a jury may award for the emotional distress inflicted by

10        Defendant.

11   4) Any other Compensatory Damages against Defendant to be proven at trial.

12   5) Any further relief as the Court may deem just and appropriate.

13

14

15

16

17

1   **<u>JURY TRIAL DEMANDED</u>**

2

3   Plaintiff demands a trial by jury on all Issues.

4

5   Respectfully submitted, this day Wednesday, March 26, 2014.

6

7

8

9

10

11   Darryl Carter
12   Pro Se
13   P.O. Box 3065
14   Suisun City, CA 94585-6065
15   Telephone: (707) 471-8284

March 5, 2014

Rash Curtis & Associates
190 S Orchard Ave STE A205
Vacaville, CA 95688-3647

VIA USPS CERTIFIED MAIL #7010-2780-0003-2441-4438

**RE: Notice of Willful Noncompliance and Demand Letter**

Dear Sir or Madam:

Please note the following item(s) were falsely asserted as accurate:

1.  >>**Account #5171160001866478  JOHN MUIR HEALTH CONCORD**<<

    a.  This account including party John Muir Health was included in and discharged in the chapter 13 bankruptcy case.

    b.  Both you and the John Muir health were are of the bankruptcy and knowingly presented false collections information.

    c.  Your actions constitute willful noncompliance with the automatic stay provisions of the Court.

    d.  Your malicious actions have caused financial injury and damage.

    e.  Any and all information reported to any and all credit bureaus including but not limited to Experian, Equifax and Transunion must cease within ten (10) days of receipt of this correspondence and any future actions of any sort are forever barred.

    f.  In an attempt to settle this matter out of court, remit $500.00 to the address listed in the footer of this correspondence. This figure is a small fraction of the damages following your actions and the costs associated with filing actions in the appropriate Courts of jurisdiction.

In the event you doubt the sincerity of the matters contained, herein simply disregard the same and actions will be filed with respect to willful noncompliance with the Court order, willful fraud and deceit with respect to FCRA, and California law.


Sincerely,

Darryl Carter

Darryl Carter

PO Box 3065 • Suisun City, CA 94585-6065

March 5, 2014

Rash Curtis & Associates
190 S Orchard Ave STE A205
Vacaville, CA 95688-3647

VIA USPS CERTIFIED MAIL #7010-2780-0003-2441-4438

**RE: Notice of Willful Noncompliance and Demand Letter**

Dear Sir or Madam:

Please note the following item(s) were falsely asserted as accurate:

1. **>>Account #6301160001904223  JOHN MUIR HEALTH WALNUT CREEK<<**

    a. This account including party John Muir Health was included in and discharged in the chapter 13 bankruptcy case.

    b. Both you and the John Muir health were are of the bankruptcy and knowingly presented false collections information.

    c. Your actions constitute willful noncompliance with the automatic stay provisions of the Court.

    d. Your malicious actions have caused financial injury and damage.

    e. Any and all information reported to any and all credit bureaus including but not limited to Experian, Equifax and Transunion must cease within ten (10) days of receipt of this correspondence and any future actions of any sort are forever barred.

    f. In an attempt to settle this matter out of court, remit $500.00 to the address listed in the footer of this correspondence. This figure is a small fraction of the damages following your actions and the costs associated with filing actions in the appropriate Courts of jurisdiction.

In the event you doubt the sincerity of the matters contained, herein simply disregard the same and actions will be filed with respect to willful noncompliance with the Court order, willful fraud and deceit with respect to FCRA, and California law.

Sincerely,

*Darryl Carter*

Darryl Carter



**Experian**
A world of insight

🅧 **Close window**

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**DARRYL CARTER**
Your report number is
**0101-2690-23**
Report date:
**03/24/2014**

Index:

- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Know your rights

🖳 Print report

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us                                                                                       back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport. You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

You may also submit additional relevant information or supporting documentation for your disputes electronically at experian.com/upload.

**Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing.**

## Potentially Negative Items or items for further review                                      back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that

have not been past due remain up to 10 years after the date the account was transferred.

| | Payment history legend | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

# Public Records

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit items listed later in this report.

**US BKPT CT CA SACRAMENTO**
**Address:**             **Identification Number:**
650 CAPITOL MALL RM 8038   1334802TH
SACRAMENTO , CA  95814
*No phone number available*

**Address Identification Number:**
0190617754

**Status:**  Chapter 13 bankruptcy petition.       **Status Details:**  This item is scheduled to continue on record until Nov 2020.

**Date Filed:**            **Claim Amount:**
11/20/2013               NA
**Date Resolved:**         **Liability Amount:**
NA                       $0
**Responsibility:**
Individual

# Credit Items

For your protection, the last few digits of your account numbers do not display.

**CAPITAL ONE**
**Address:**             **Account Number:**
PO BOX 30281             517805773218....
SALT LAKE CITY, UT 84130
(800) 955-7070
**Address Identification Number:**
0190533825

**Status:**  Petition for Chapter 13 Bankruptcy/Never late.    **Status Details:**  This account is scheduled to continue on record until Jan 2021.

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 10/2011 | Credit card | $2,000 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 11/2011 | NA | $935 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 01/2014 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 02/2014 | Individual | NA |

**Comment:** Purchased by another lender.

**Payment History:**

| 2013 | | | | | | | | | | | 2012 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2011 | | | | |
|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV |
| OK | OK | OK | OK | OK |

**Account History:**
Filed Chapter 13 Bankruptcy on Jan 05, 2014

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jan 2014: $0 / November 9, 2013 / $15 / no data
Nov 2013: $491 / November 9, 2013 / $15 / $130
Oct 2013: $477 / October 14, 2013 / $15 / $55
Sep 2013: $200 / September 13, 2013 / $15 / $100
Aug 2013: $166 / August 2, 2013 / $15 / $200
Jul 2013: $54 / July 2, 2013 / $15 / $60
Jun 2013: $381 / May 30, 2013 / $15 / $150
May 2013: $134 / May 1, 2013 / $15 / $200
Apr 2013: $72 / April 1, 2013 / $15 / $195
Mar 2013: $50 / February 27, 2013 / $15 / $59
Feb 2013: $431 / January 28, 2013 / $15 / $75
Jan 2013: $502 / December 20, 2012 / $17 / $100
Dec 2012: $505 / November 30, 2012 / $17 / $50
Nov 2012: $460 / November 2, 2012 / $15 / $20
Oct 2012: $461 / September 29, 2012 / $15 / $80
Sep 2012: $201 / September 1, 2012 / $15 / $99
Aug 2012: $186 / August 4, 2012 / $15 / $300
Jul 2012: $0 / July 4, 2012 / $15 / $160
Jun 2012: $263 / May 30, 2012 / $15 / $150
May 2012: $102 / May 2, 2012 / $15 / $105
Apr 2012: $54 / April 4, 2012 / $15 / $100
Mar 2012: $199 / February 23, 2012 / $15 / $90

Between Jan 2014 and Jan 2014, your credit limit/high balance
was $2,000
Between Apr 2012 and Nov 2013, your credit limit/high balance
was $500
Between Mar 2012 and Mar 2012, your credit limit/high balance
was $300

**GE CAPITAL/DILLARDS**

| | |
|---|---|
| **Address:** | **Account Number:** |
| PO BOX 965024 | 604587083785.... |
| ORLANDO, FL 32896 | |
| (800) 643-8278 | |

**Address Identification Number:**
0190533825

**Status:** Petition for Chapter 13 Bankruptcy/Never late.       **Status Details:** This account is scheduled to continue on
record until Dec 2020.
This item was updated from our processing of your dispute in
Jun 2006.

**Date Opened:**
11/2001
**Reported Since:**
01/2002
**Date of Status:**
12/2013
**Last Reported:**
01/2014

**Type:**
Charge Card
**Terms:**
NA
**Monthly Payment:**
$0
**Responsibility:**
Individual

**Credit Limit/Original Amount:**
NA
**High Balance:**
$1,500
**Recent Balance:**
$0 as of 01/2014
**Recent Payment:**
$30

**Comment:** Purchased by another lender.

**Payment History:**

| 2013 | | | | | | | | | | | 2012 | | | | | | | | | | |
|------|----|----|----|----|----|----|----|----|----|----|------|----|----|----|----|----|----|----|----|----|----|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | | |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |

| | | | 2011 | | | | | | | | | | | | 2010 | | | | | | |
|----|----|----|------|----|----|----|----|----|----|----|----|----|----|----|------|----|----|----|----|----|----|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | | |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |

| | | | | | | | 2009 | | | | | | | | | | | | 2008 | | |
|----|----|----|----|----|----|----|------|----|----|----|----|----|----|----|----|----|----|----|------|----|----|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | | |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |

| | | | | | | | | | | 2007 | | | | | | | | | | | |
|----|----|----|----|----|----|----|----|----|----|------|----|----|----|----|----|----|----|----|----|----|----|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | | |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |

| | | | 2006 | | | | | | | | | | | | | | | | | | |
|----|----|----|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| MAR | FEB | JAN | DEC | | | | | | | | | | | | | | | | | | |
| OK | OK | OK | OK | | | | | | | | | | | | | | | | | | |

**Account History:**
Filed Chapter 13 Bankruptcy on Dec 01, 2013

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2013: $0 / December 3, 2013 / $25 / no data
Nov 2013: $682 / November 5, 2013 / $25 / $30
Oct 2013: $698 / October 2, 2013 / $25 / $50
Sep 2013: $734 / September 3, 2013 / $25 / $50
Aug 2013: $469 / August 2, 2013 / $25 / $55
Jul 2013: $546 / July 3, 2013 / $25 / $172
Jun 2013: $488 / June 4, 2013 / $25 / $50
May 2013: $528 / May 5, 2013 / $25 / $50
Apr 2013: $567 / April 3, 2013 / $25 / $60
Mar 2013: $616 / March 1, 2013 / $28 / $906
Feb 2013: $1,386 / February 4, 2013 / $39 / $50
Jan 2013: $1,411 / January 2, 2013 / $42 / $41
Dec 2012: $1,284 / December 5, 2012 / $39 / $75
Nov 2012: $1,333 / November 5, 2012 / $40 / $45
Oct 2012: $1,352 / October 5, 2012 / $40 / $75
Sep 2012: $1,400 / September 5, 2012 / $59 / $50
Aug 2012: $678 / August 5, 2012 / $29 / $29
Jul 2012: $694 / July 5, 2012 / $29 / $35
Jun 2012: $715 / June 5, 2012 / $30 / $50
May 2012: $533 / May 1, 2012 / $25 / $60
Apr 2012: $582 / April 5, 2012 / $25 / $60
Mar 2012: $630 / March 5, 2012 / $27 / $50

Between Dec 2013 and Dec 2013, your credit limit/high balance was $0
Between Mar 2012 and Nov 2013, your credit limit/high balance was $1,700

**RASH CURTIS & ASSOCIATES**

**Address:**
190 S ORCHARD AVE STE
A205
VACAVILLE, CA 95688
(707) 454-2010
**Address Identification Number:**
0190533825

**Account Number:**
5171160001866478

**Original Creditor:**
JOHN MUIR HEALTH CONCORD

**Status:** Collection account. $113 past due as of Feb 2014.

**Status Details:** This account is scheduled to continue on record until Feb 2018.
This item was updated from our processing of your dispute in Mar 2014.

| | | |
|---|---|---|
| **Date Opened:** 11/2013 | **Type:** Collection | **Credit Limit/Original Amount:** $88 |
| **Reported Since:** 01/2014 | **Terms:** 1 Months | **High Balance:** NA |
| **Date of Status:** 01/2014 | **Monthly Payment:** $0 | **Recent Balance:** $113 as of 02/2014 |
| **Last Reported:** 02/2014 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Payment History:**

2014
FEB   JAN
C       C

**Account History:**
Collection as of Feb 2014, Jan 2014

**RASH CURTIS & ASSOCIATES**

**Address:**
190 S ORCHARD AVE STE
A205
VACAVILLE, CA 95688
(707) 454-2010

**Account Number:**
6301160001904223

**Original Creditor:**
JOHN MUIR HEALTH WALNUT CREEK

**Address Identification Number:**
0190533825

**Status:** Collection account. $202 past due as of Feb 2014.

**Status Details:** This account is scheduled to continue on record until Mar 2018.
This item was updated from our processing of your dispute in Mar 2014.

| | | |
|---|---|---|
| **Date Opened:** 11/2013 | **Type:** Collection | **Credit Limit/Original Amount:** $160 |
| **Reported Since:** 01/2014 | **Terms:** 1 Months | **High Balance:** NA |
| **Date of Status:** 01/2014 | **Monthly Payment:** $0 | **Recent Balance:** $202 as of 02/2014 |
| **Last Reported:** 02/2014 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Payment History:**

2014
FEB   JAN
C       C

**Account History:**
Collection as of Feb 2014, Jan 2014